# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2017

154485

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FELIPE ANZAUALDA PEREZ,
      Defendant-Appellant.

SC: 154485
COA: 332688
Lenawee CC: 14-017315-FC

_____/

      By order of January 31, 2017, the application for leave to appeal the June 7, 2016 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

t0925